A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

46 So.2d 863

### Willie (alias Ray) MARSHALL v. STATE.
### 6 Div. 927.

Court of Appeals of Alabama.
April 25, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Carnal knowledge.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

51 So.2d 915

### Lewis (alias Louis Guy) MARSTON v. STATE.

### 6 Div. 77.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Jefferson County; Alta L. King, Judge.

PER CURIAM.
Affirmed.

44 So.2d 918

### Edward S. (alias Red) MARTIN v. STATE.
### 6 Div. 865.

Court of Appeals of Alabama.
Jan. 10, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 36

### Jake MARTIN v. STATE.
### 6 Div. 617.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.
Assault and battery.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

44 So.2d 919

### Omer L. MARTIN v. STATE.
### 7 Div. 58.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Talladega County; W. D. DeBardelaben, Judge.

Adultery.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

51 So.2d 915

### Daisy MATTHEWS v. CITY OF BIRMINGHAM.

### 6 Div. 12.

Court of Appeals of Alabama.
March 20, 1951.

Appeal from Circuit Court, Jefferson County; L. S. Moore, Special Judge.